# United States Court of Appeals
## For the First Circuit

No. 25-1131


LUCIA URIZAR-MOTA; SERGIO REYES, individually and p.p.a. of
S.R., W.R., and G.R.; DELMY REYES; S.R.; W.R.; G.R.,

Plaintiffs, Appellees,

v.

UNITED STATES,

Defendant, Appellant,


**ERRATA SHEET**


The opinion of this Court issued on March 27, 2026, is amended as follows:

On page 6, line 9 replace "SF-95" with "SF-95".

On page 13, line 14 replace "<u>Ouellette</u> v. <u>Beaupre</u>" with " "<u>Ouellette</u> v. <u>Beaupre</u>".

On page 14, line 5 replace "<u>Wojciechowicz</u> v. <u>United States</u>" with "<u>Wojciechowicz</u> v. <u>United States</u>".

One page 18, line 22 replace "<u>see, e.g.</u>" with "<u>see, e.g.</u>".

One page 19, line 3 replace "No. CV13-1726PHXDGC" with "No. CV13-1726 PHX".

On page 25, line 6 replace "homeowner" with "homemaker".

On page 48, line 6 replace "who" with "which".